**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIC HUNAULT,

    Plaintiff,

v.                                                      Case No. 15-12772

FCA US LLC,

    Defendant.

                                                 /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; and (3) Granting Defendant's Motion for Summary Judgment" dated December 6, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant FCA US LLC and against Plaintiff Eric Hunault. Dated at Port Huron, Michigan, this sixth day of December, 2016.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: s/Lisa Wagner
                                                  Lisa Wagner, Deputy Clerk
                                                  and Case Manager to
                                                  Judge Robert H. Cleland

S:\Cleland\TLH\Civil\15-12772.HUNAULT.judgment.tlh.wpd